# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED EUGENE SHALLOWHORN,<br><br>        Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>        Respondent. | Case No. CV 15-08051-MMM (JPR)<br><br>**J U D G M E N T** |

Under the Order Summarily Dismissing Petition for Writ of Habeas Corpus, Administratively Closing Case, and Referring Petition to Ninth Circuit Court of Appeals,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 30, 2015

*/s/ Margaret M. Morrow*
MARGARET M. MORROW
U.S. DISTRICT JUDGE